UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE HINTON,

                                    Plaintiff,

                    -against-

STATE OF NEW YORK, ET AL.,

                                    Defendants.

21-CV-4252 (LTS)

CIVIL JUDGMENT

       Pursuant to the order issued June 14, 2021, dismissing the complaint,

       IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 14, 2021
         New York, New York

                            /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                       Chief United States District Judge